**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| STEPHEN IAN PAIGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01374-JD |
| | ) | |
| KELLY DAVIS, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Judge Suzanne Mitchell's Report and Recommendation recommending that Plaintiff's motion for leave to proceed in forma pauperis be denied and that Plaintiff be ordered to pay the full filing fee of $405.00 within 21 days of the Court's order accepting the Report and Recommendation. [Doc. No. 8]. The Report and Recommendation further recommends that the Court should dismiss this action without prejudice if Plaintiff does not pay the $405.00 filing fee in full within 21 days of the Court's order. [*Id.* at 2, 3]. Judge Mitchell advised Plaintiff of Plaintiff's right to object to the Report and Recommendation by August 4, 2026, and warned that failure to timely object to the Report and Recommendation waives the right to appellate review of the legal and factual issues in the Report and Recommendation. [*Id.* at 3–4]. *See also* 28 U.S.C. § 636.

Plaintiff did not file an objection to the Report and Recommendation by the deadline, request an extension of time to do so, or take any other action since the Report and Recommendation has been pending. Plaintiff has thus waived the right to take issue

with the recommended ruling in the Report and Recommendation, and the Court finds no exception to the firm waiver rule. Alternatively, even under a de novo review of the record and the law, the Court would accept and adopt the Report and Recommendation for the reasons stated therein.

The Court therefore **ACCEPTS** the Report and Recommendation [Doc. No. 8], **DENIES** Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Doc. No. 2], and **ORDERS** Plaintiff to pay the full filing fee of $405.00 by September 3, 2026. Failure to pay the filing fee in full by September 3, 2026, will result in the Court dismissing this action without prejudice without further warning or opportunity to cure.

IT IS SO ORDERED this 13th day of August 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE